UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kenneth W. Colassi

        v.                          Case No. 09-cv-312-SM

Oksana Looper, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 28, 2009, no objection having been filed, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed for lack of subject matter jurisdiction.

SO ORDERED.

January 19, 2010

                                              Steven J. McAuliffe
                                              Chief Judge

cc:    Kenneth W. Colassi, pro se